**Order entered March 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00225-CV

## IN RE MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, MICHAEL LACEY, AND JAMES LARKIN, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00951**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus and **LIFT** the Court's February 22, 2019 stay of the trial court's February 20, 2019 order.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE